**Allen D. THERRELL, Appellant,**

v.

**The STATE of Texas, Appellee.**

**No. 28583.**

Court of Criminal Appeals of Texas.

Jan. 2, 1956.

C. S. Farmer, Waco, for appellant.

H. D. Glover, County Atty., Pecos, Leon B. Douglas, State's Atty., Austin, for the State.

DAVIDSON, Judge.

Proper and sufficient proof is before this court that appellant died on November 26, 1956.

It follows that the opinion heretofore delivered in this case, as well as the judgment entered, is hereby withdrawn, and the appeal is abated because of the death of appellant.